■ ANNA H. SMITH, Respondent, v. HOWARD HAMENT et al., Appellants. — In an action to recover damages for personal injuries, sustained by plaintiff as the result of having been struck by a motor vehicle owned by defendant corporation and operated by the individual defendant, the defendants appeal from a judgment of the Supreme Court, Queens County, entered February 1, 1960, in favor of plaintiff, after a jury trial. Judgment affirmed, with costs. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur; Brennan, J., not voting.